# EDWINA E. MILLER
# ATTORNEY AT LAW

**2915 7TH STREET**  **TELEPHONE NUMBER**
**TUSCALOOSA, AL 35401**     **(205) 752-0053**

### October 2, 2009

To:     U.S. Bankruptcy Court Clerk

From:   Edwina E. Miller
        Attorney for Debtor

Re:     Brenda Joyce Taylor
        Case# BK-04-72938-CMS-13

### Address Change

Old Address:   105 Hobbie Drive
               Montgomery, AL 36105
               Ph# 205-281-6824

New Address:   #8 Washington Square
               Tuscaloosa, AL 35401
               Ph# 205-281-6824

Sincerely yours,

*Edwina E. Miller*

pc: C. David Cottingham
    Trustee

EEM/shc

*Changed 10/2/09*